

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER

Appellate case name:        Jason Henry Lathe v. Rachel Lizabeth Lathe

Appellate case number:     01-18-00936-CV

Trial court case number:    17-03-0243-CVA

Trial court:                        County Court of Atascosa County

   Appellee's motion for extension of time to file her appellate brief is GRANTED. Appellee's brief is due Wednesday, December 4, 2019. **No further extensions will be granted.**

   It is so ORDERED.

Judge's signature: _____/s/ Julie Countiss_____
           Acting individually


Date: October 29, 2019